RECEIVED
U.S. MARSHALS SERVICE
2015 DEC 21 PM 12: 20
BOISE, IDAHO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA

vs.

Marcello Omar Sanchez-Espinosa, et al

Case No.: 15-cr-00130-S-EJL

**AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a Writ of Habeas Corpus:

(✓) ad Prosequendum IDOC#82710 () ad Testificandum

Name of Detainee: Gloria Ester Morales USMS#: 17800-023

Custodian: Idaho Department of Correction City: Kuna State: Idaho.

Detainee is: (✓) charged in this District by Indictment
or
() is a witness not otherwise available by the ordinary process of the Court.

Appearance is necessary on: January 6, 2016 at 10:30 a.m.

Before: Judge Mikel H. Williams
(Judicial Officer)

Dated: December 18, 2015

BRYCE B. ELLSWORTH
Special Assistant United States Attorney

POSTED

Writ of Habeas Corpus

(✓) ad Prosequendum () ad Testificandum

The application is GRANTED and the above-named custodian, as well as the Idaho Department of Correction for this district, is hereby ORDERED to produce the named detainee on the date and time listed above, and for any further proceedings to be held in this cause. At the conclusion of these proceedings, the Idaho Department of Correction shall return the detainee to the above-named custodian.

Dated: December 21, 2015

Mikel H. Williams
United States Magistrate Judge

U.S. COURTS

DEC 2 9 2016

emailed: Pete, Nicole / USMS + Vicki, Marissa, Rod / IDOC
12:36
12/21

I have (partially) (fully) executed the within WHCAP by receiving the body of Gloria Estes Morales On 12/16/2016 Released to IDOC (#82710) after sentencing.

Expenses:

United States Marshal

By Albright / USB

Deputy U. S. Marshal