IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>MARCELLO OMAR SANCHEZ-ESPINOSA, | Case No.: 15-cr-00130-S-EJL<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS** |

The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a Writ of Habeas Corpus:

() ad Prosequendum (✓) ad Testificandum

Name of Detainee: Gloria Ester Morales

Custodian: Idaho Department of Correction City: Pocatello State: Idaho

Detainee is: () charged in this District by Indictment
or
(✓) is a witness not otherwise available by the ordinary process of the Court.

Appearance is necessary on: April 18, 2017 9:30 a.m.

Before: Judge Edward J. Lodge
(Judicial Officer)

Dated: March 3, 2017

BRYCE B. ELLSWORTH
Special Assistant United States Attorney

Writ of Habeas Corpus

() ad Prosequendum (✓) ad Testificandum

The application is GRANTED and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee on the date and time listed above, and for any further proceedings to be held in this cause. At the conclusion of these proceedings, the United States Marshall shall return the detainee to the above-named custodian.

Dated: 03/03/2017

Edward J. Lodge
United States District Judge